(*Stipulating Parties Listed on Signature Pages*)

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Electrograph Systems, Inc., et al. v. Hitachi, Ltd., et al.*, 11-cv-01656 (SC) (N.D. Cal.);<br><br>*Stoebner, et al. v. LG Electronics, et al.*, No. 11-cv-05381 (SC) (N.D. Cal);<br><br>*Siegel v. Hitachi, Ltd., et al.*, No. 11-cv-05502 (SC) (N.D. Cal.);<br><br>*Best Buy Co., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513 (SC) (N.D.Cal.);<br><br>*Target Corp., et al. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514 (SC) (N.D. Cal.);<br><br>*Interbond Corporation of America v. Hitachi, et al.*, No 11-cv-06275 (SC) (N.D. Cal.);<br><br>*Office Depot, Inc. v. Hitachi Ltd., et al.*, 11-cv-06276 (SC) (N.D. Cal.);<br><br>*Compucom Systems, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06396 (SC) (N.D. Cal.);<br><br>*Costco Wholesale Corp. v. Hitachi, Ltd., et al.*, No. 11-cv-06397 (SC) (N.D. Cal.);<br><br>*P.C. Richard and Son Long Island Corp., et al. v. Hitachi, Ltd., et al.*, _____ (docket assignment pending);<br><br>*Shultze Agency Services, LLC, et al. v. Hitachi, Ltd., et al.*, _____ (docket assignment pending). | Case No. 11-cv-01656 SC<br>Case No. 11-cv-05381 SC<br>Case No. 11-cv-05502 SC<br>Case No. 11-cv-05513 SC<br>Case No. 11-cv-05514 SC<br>Case No. 11-cv-06275 SC<br>Case No. 11-cv-06276 SC<br>Case No. 11-cv-06396 SC<br>Case No. 11-cv-06397 SC<br>Case No. _____<br>Case No. _____<br><br>**CORRECTED STIPULATION AND [PROPOSED] ORDER DISMISSING DEFENDANT LG ELECTRONICS TAIWAN TAIPEI CO., LTD.** |

- 1 -

1  IT IS HEREBY STIPULATED AND AGREED by and between counsel for the undersigned
2  Plaintiffs and Defendant LG Electronics Taiwan Taipei Co. Ltd. ("LGETT") as follows:
3      1.    The Complaints in the above-captioned actions and all claims asserted in them by
4  Plaintiffs against LGETT are dismissed, without prejudice and without costs, pursuant to Rule 41(a)
5  of the Federal Rules of Civil Procedure;
6      2.    The undersigned parties jointly and respectfully request that the Court enter this
7  Stipulation as an Order.
8  **IT IS SO STIPULATED.**

9  DATED: May 18, 2012        By:  /s/ Philip J. Iovieno

10
11      William A. Isaacson
    Jennifer Milici
    BOIES, SCHILLER & FLEXNER LLP
12      5301 Wisconsin Ave. NW, Suite 800
    Washington, D.C. 20015
13      Telephone: (202) 237-2727
    Facsimile: (202) 237-6131
14      Email: wisaacson@bsfllp.com
    Email: jmilici@bsfllp.com

15      Stuart Singer
    BOIES, SCHILLER & FLEXNER LLP
16      401 East Las Olas Blvd., Suite 1200
    Fort Lauderdale, FL 33301
17      Telephone: (954) 356-0011
    Facsimile: (954) 356-0022
18      Email: ssinger@bsfllp.com

19      Philip J. Iovieno
    Anne M. Nardacci
20      BOIES, SCHILLER & FLEXNER LLP
    10 North Pearl Street, 4th Floor
21      Albany, NY 12207
    Telephone: (518) 434-0600
22      Facsimile: (518) 434-0665
    Email: piovieno@bsfllp.com
23      Email: anardacci@bsfllp.com

24      ***Liaison Counsel for Direct Action Plaintiffs and***
25      ***Attorneys for Plaintiffs Electrograph Systems, Inc.,***
    ***Electrograph Technologies, Corp., Office Depot, Inc.,***
26      ***Compucom Systems, Inc., Interbond Corporation of***
    ***America, P.C. Richard & Son Long Island Corporation,***
27      ***Marta Cooperative of America, Inc., ABC Appliance,***
    ***Inc., and Schultze Agency Services LLC on behalf of***
28      ***Tweeter Opco, LLC and Tweeter Newco, LLC***

By: /s/    David Martinez

Roman M. Silberfeld, (SBN 62783)
David Martinez, (SBN 193183)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2049 Century Park East, Suite 3400
Los Angeles, CA  90067-3208
Telephone:  (310) 552-0130
Facsimile:   (310) 229-5800
Email:  RMSilberfeld@rkmc.com
Email:  DMartinez@rkmc.com

***Attorneys For Plaintiffs Best Buy Co., Inc, Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., Bestbuy.com, L.L.C., and Magnolia Hi-Fi, Inc.***

By: /s/    Jonathan J. Ross

H. Lee Godfrey
Kenneth S. Marks
Jonathan J. Ross
Johnny W. Carter
David M. Peterson
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone:  (713) 651-9366
Facsimile:  (713) 654-6666
Email:  lgodfrey@sumangodfrey.com
Email:  kmarks@susmangodfrey.com
Email:  jross@susmangodfrey.com
Email:  jcarter@susmangodfrey.com
Email:  dpeterson@susmangodfrey.com

Parker C. Folse III
Rachel S. Black
Jordan Connors
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
Telephone:  (206) 516-3880
Facsimile:  (206) 516-3883
Email:  pfolse@susmangodfrey.com
Email:  rblack@susmangodfrey.com
Email:  jconnors@susmangodfrey.com

***Attorneys for Plaintiff Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust***

|   |   |
|---|---|
| 1 | By: /s/   David J. Burman |
| 2 | DAVID J. BURMAN (*pro hac vice*) |
| 3 | NICHOLAS H. HESTERBERG (*pro hac vice*) |
| 4 | Perkins Coie LLP |
|   | 1201 Third Avenue, Suite 4800 |
| 5 | Seattle, WA 98101-3099 |
|   | Telephone:  (206) 359-8000 |
| 6 | Facsimile:   (206) 359-9000 |
|   | Email:  DBurman@perkinscoie.com |
| 7 | Email:  NHesterberg@perkinscoie.com |


1   By: /s/   David J. Burman

2   DAVID J. BURMAN
    (*pro hac vice*)
3   NICHOLAS H. HESTERBERG
    (*pro hac vice*)
4   Perkins Coie LLP
    1201 Third Avenue, Suite 4800
5   Seattle, WA 98101-3099
    Telephone:  (206) 359-8000
6   Facsimile:   (206) 359-9000
    Email:  DBurman@perkinscoie.com
7   Email:  NHesterberg@perkinscoie.com

8   Euphemia N. Thomopulos, Cal. Bar No. 262107
    Perkins Coie LLP
9   Four Embarcadero Center, Suite 2400
    San Francisco, CA  94111-4131
10  Telephone:  (415) 344.7000
    Facsimile:   (415) 344.7050
11  Email:  EThomopulos@perkinscoie.com

12  ***Attorneys for Plaintiff Costco Wholesale Corporation***

13

14  By: /s/   Jason Murray

15  Jason C. Murray (CA Bar No. 169806)
    CROWELL & MORING LLP
16  515 South Flower St., 40th Floor
    Los Angeles, CA 90071
17  Telephone:  (213) 622-4750
    Facsimile:   (213) 622-2690
18  Email:  jmurray@crowell.com

19  ***Counsel for Plaintiffs Target Corp.; Sears, Roebuck and Co.; Kmart Corp.; Old Comp Inc.; Good Guys,***
20  ***Inc.; RadioShack Corp.***

21

22  By: /s/   James P. McCarthy

23  Jessica L. Meyer, (SBN: 249064)
    James M. Lockhart (*pro hac vice*)
24  James P. McCarthy (*pro hac vice*)
    Kelly G. Laudon (*pro hac vice*)
25  Lindquist & Vennum P.L.L.P.
    4200 IDS Center
26  80 South Eighth Street
    Minneapolis, MN 55402
27  Telephone:  (612) 371-3211
    Facsimile:   (612) 371-3207
28

- 4 -

CORRECTED STIPULATION AND [PROPOSED] ORDER DISMISSING DEF. LG ELECTRONICS TAIWAN
TAIPEI CO., LTD.                                                                    MDL NO. 1917

Email: jmeyer@lindquist.com
Email: jlockhart@lindquist.com
Email: jmccarthy@lindquist.com
Email: klaudon@lindquist.com

**Attorneys for Plaintiffs John R. Stoebner, As Chapter 7 Trustee for PBE Consumer Electronics, LLC and related entities; And Douglas A. Kelley, as Chapter 11 Trustee for Petters Company, Inc. and Related Entities, and as Receive for Petters Company, LLC and related entities**


By: /s/   Wilson D. Mudge

WILSON D. MUDGE (*pro hac vice*)
Email: wilson.mudge@aporter.com
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004
Telephone:     (202) 942-5000
Facsimile:      (202) 942--5999

ERIC MASON (SBN 259233)
Email: eric.mason@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Street, Forty-Fourth Floor
Los Angeles, California 90017-5844
Telephone:     (213) 243-4000
Facsimile:      (213) 243-4199

**Attorneys for Defendant LG Electronics Taiwan Taipei Co., Ltd.**

Pursuant to General Order No. 45, § X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:   5/22/12

Hon. Samuel Conti

*IT IS SO ORDERED*
*Judge Samuel Conti*

- 5 -

CORRECTED STIPULATION AND [PROPOSED] ORDER DISMISSING DEF. LG ELECTRONICS TAIWAN TAIPEI CO., LTD.                                                                                                       MDL NO. 1917