*[Stipulating parties listed on signature page]*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC |
| | MDL No. 1917 |
| This Document Relates to: | **STIPULATION OF DISMISSAL** |
| *CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, Case No. 3:11-cv-06396 | |
| *Interbond Corp. of Am. v. Hitachi, Ltd. et al.*, No. 3:11-cv-06275-SC | |
| *Office Depot, Inc. v. Hitachi, Ltd. et al*, No. 3:11-cv-06276-SC | |
| *P.C. Richard & Son Long Island Corp., et al., v. Hitachi, Ltd., et al.*, No. 12-cv-02648-SC | |
| *Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No. 3:13-cv-00157-SC | |
| *Schultze Agency Services, LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC v. Hitachi, Ltd., et al.*, No. 12-cv-2649-SC | |

Plaintiffs CompuCom Systems, Inc.; Interbond Corporation of America; Office Depot, Inc.; P.C. Richard & Son Long Island Corporation; ABC Appliance, Inc.; MARTA Cooperative of America, Inc.; Tech Data Corporation and Tech Data Product Management, Inc.; and Schultze Agency Services on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC (collectively, "Plaintiffs"), and Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd. (collectively, "Chunghwa"), on the other hand, hereby stipulate as follows:

1. Plaintiffs and Chunghwa seek dismissal of these actions with prejudice.
2. Plaintiffs and Chunghwa agree that each party shall bear its own costs and attorneys' fees in connection with this action.
3. This stipulation does not affect the rights or claims of Plaintiffs against any other defendant or alleged co-conspirator in this litigation.

1  WHEREFORE, the parties respectfully request that this Court issue an Order of Dismissal.

2

3  PURSUANT TO STIPULATION, IT IS SO ORDERED.

4

5  Dated:   06/18/2015



Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the below signatories.

Dated: June 15, 2015	/s/ *Philip J. Iovieno*

Philip J. Iovieno
Anne M. Nardacci
BOIES, SCHILLER & FLEXNER LLP
30 South Pearl Street, 11th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
Email: piovieno@bsfllp.com
anardacci@bsfllp.com

William A. Isaacson
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
Email: wisaacson@bsfllp.com

Stuart Singer
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
Email: ssinger@bsfllp.com

*Attorneys for Plaintiffs P.C. Richard & Son Long Island Corporation, MARTA Cooperative of America, Inc., ABC Applicance, Inc., Office Depot, Inc., Interbond Corporation of America, Schultze Agency Services, LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC, Tech Data Corporation and Tech Data Product Management, Inc.*

/s/ *Scott N. Wagner*

Robert W. Turken
Scott N. Wagner
Mitchell E. Widom
BILZIN SUMBERG BAENA PRICE & AXELROD LLP
1450 Brickell Ave., Suite 2300
Miami, Florida 33131-3456
Telephone: 305-374-7580
Facsimile: 305-374-7593

|   |   |
|---|---|
| 1 | E-mail: rturken@bilzin.com |
| 2 | swagner@bilzin.com |
|   | mwidom@bilzin.com |

*Attorneys for Plaintiffs Tech Data Corporation and Tech Data Product Management, Inc.*

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Rachel S. Brass*

JOEL S. SANDERS (SBN 107234)
jsanders@gibsondunn.com
RACHEL S. BRASS (SBN 219301)
rbrass@gibsondunn.com
AUSTIN V. SCHWING (SBN 211696)
aschwing@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street, Suite 3000
San Francisco, California 94105
Tel: (415) 393-8200
Fax: (415) 393-8306

*Attorneys for Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.*